RTG
9-25-19

DOA·9/24/19

FILED

2019 SEP 25  A 10: 03

W C

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ulises Rincon GARCIA (1),<br>Francisco Javier RUIZ III (2),<br><br>Defendants. | Case No.  '19MJ10351<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about September 24, 2019, within the Southern District of California, defendants, Ulises Rincon GARCIA and Francisco Javier RUIZ III, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Hermelinda ESTEBAN-Ortega and

Alberto ROJAS-Feliciano,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempted to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states this complaint is based on the attached Statement Of Facts, which is incorporated herein by reference.

ANNA DAVALOS
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25TH DAY OF SEPTEMBER, 2019.

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

4-25-19

UNITED STATES OF AMERICA
v.
Ulises Rincon GARCIA (1),
Francisco Javier RUIZ III (2),

## STATEMENT OF FACTS

The complainant states this complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) F. Carlos, that on September 24, 2019, Ulises Rincon GARCIA (GARCIA) and Francisco Javier RUIZ III (RUIZ), both United States Citizens (USC), were arrested near Westmoreland, California while transporting two undocumented aliens in violation of Title 8, United States Code, Section 1324.

On September 24, 2019, BPA F. Carlos was assigned to the United States Border Patrol Checkpoint located on Highway 86 near Westmorland, California. At approximately 11:30 p.m., while conducting primary inspection duties, a black Nissan Altima (Altima) approached his location. BPA Carlos identified himself as a BPA and questioned the driver, later identified as GARCIA, as to his citizenship and direction of travel. GARCIA replied he was a USC, and that he was traveling to the casino. GARCIA presented a valid Arizona Identification Card as proof of citizenship. BPA Carlos then asked GARCIA who was traveling with him in the vehicle, and GARCIA replied "Just some friends." BPA Carlos then questioned the front passenger, who was later identified as RUIZ, as to his citizenship to

which RUIZ replied that he was a USC. RUIZ presented a California Identification Card as proof of citizenship. BPA Carlos then proceeded to question the passengers sitting on the rear seat of the Altima.

BPA Carlos questioned the passenger sitting behind the driver's seat, later identified as Hermelinda ESTEBAN- Ortega (ESTEBAN), as to her citizenship to which she replied "Casino." BPA Carlos asked ESTEBAN if she had any form of identification, and she once again replied "Casino." BPA Carlos then asked ESTEBAN in the Spanish language if she had immigration documents. ESTEBAN did not answer to BPA Carlos's question, and BPA Carlos observed ESTEBAN looking towards RUIZ as if she was looking for guidance to answer the question. BPA Carlos asked ESTEBAN in Spanish as to what country she was born to which ESTEBAN replied "Mexico." BPA Carlos asked ESTEBAN if she was in the United States illegally, and ESTEBAN nodded her head up and down. BPA Carlos asked ESTEBAN one more time is she had any immigration documents to which she replied "No."

BPA Carlos then directed his attention to the remaining passenger, who was later identified as Alberto ROJAS-Feliciano (ROJAS). BPA Carlos questioned ROJAS in Spanish as to his citizenship, and ROJAS replied "Guerrero, Mexico." BPA Carlos asked ROJAS if he had any immigration documents to be in the United States legally to which ROJAS replied "No."

BPA Carlos then asked GARCIA to drive the Altima to the secondary inspection area. At secondary, GARCIA and RUIZ, where placed under arrest and were escorted inside the checkpoint for further processing. The passengers,

Hermelinda ESTEBAN-Ortega, and

Alberto ROJAS-Feliciano

were also placed under arrest for being in the United States illegally and escorted inside the checkpoint for further questioning and processing.

Material Witnesses ESTEBAN and ROJAS stated they made arrangements to be smuggled into the United States for an amount of $7,500 United States Dollars each.

Material Witness ESTEBAN was presented with a 6-pack photo line-up and stated that the photo line-up had the driver of the Altima, but was unsure if it was the male in photo one or three. ESTEBAN gave a description of the driver and the description matched the appearance of GARCIA. ESTEBAN positively identified RUIZ from a 6-pack photo line-up as the passenger of the vehicle in which she was apprehended in.

The complainant states the name of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Hermelinda ESTEBAN-Ortega | Mexico |

| Alberto ROJAS-Feliciano | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.